**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00207-CV**
_____

**IN THE INTEREST OF K.R.I.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-07-07800-CV**

## MEMORANDUM OPINION

Appellant filed a motion to dismiss his appeal. The motion appears to be voluntarily made by Appellant and it was filed prior to any decision of this Court, and the Appellee did not cross-appeal. *See* Tex. R. App. P. 42.1(a)(1). Therefore, we grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 21, 2020
Opinion Delivered October 22, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.

1